# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 13-16864-MDC

HORACE WEAVER

2103 FEDERAL STREET

PHILADELPHIA, PA 19146

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

HORACE WEAVER

2103 FEDERAL STREET

PHILADELPHIA, PA 19146

Counsel for debtor(s), by electronic notice only.

ERIK B JENSEN, ESQ.
JENSEN BAGNATO, P.C.
1500 WALNUT ST., STE 1920
PHILA, PA 19102-

    /S/ William C. Miller

Date: 5/2/2019    _____

    William C. Miller, Esquire
    Chapter 13 Standing Trustee