```
                            United States Bankruptcy Court
                            Eastern District of Pennsylvania
In re:                                                              Case No. 13-16864-mdc
Horace Weaver                                                       Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2           User: PaulP              Page 1 of 2              Date Rcvd: Sep 17, 2019
                               Form ID: 138NEW          Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2019.
db             +Horace Weaver,    2103 Federal Street,    Philadelphia, PA 19146-2830
13119555       +Ar Resources Inc,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
14272566       +Ditech Financial,LLC,    c/o KEVIN G. MCDONALD,    701 Market St. Suite 5000,
                 Philadelphia, PA 19106-1541
13119556       +Erik B. Jensen P.C.,    1528 Walnut Street,    Suite 1401,    Philadelphia, PA 19102-3610
13185427       +EverBank,   301 West Bay Street,    Jacksonville, Florida 32202-5180
13119557       +Everhome Mortgage Co/Ever Bank,    Attn: Bankruptcy Department,    301 West Bay Street,
                 Jacksonville, FL 32202-5184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Sep 18 2019 03:50:14      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA   19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 18 2019 03:49:14
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 18 2019 03:49:50       U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: bankruptcy.bnc@ditech.com Sep 18 2019 03:48:39      Green Tree Servicing LLC,
                 PO Box 0049,   Palatine, IL   60055-0049
cr              E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 18 2019 03:49:42      Jefferson Capital Systems LLC,
                 PO Box 7999,   St Cloud, MN   56302-9617
13122860       +E-mail/Text: g20956@att.com Sep 18 2019 03:50:31      AT&T Mobility II LLC,
                 % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,   One AT&T Way, Room 3A104,
                 Bedminster, NJ 07921-2693
13213727        E-mail/Text: megan.harper@phila.gov Sep 18 2019 03:50:13
                 City of Philadelphia Law Department,    Tax Unit - Bankruptcy,    Municipal Services Building,
                 1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1595
13386827       +E-mail/Text: megan.harper@phila.gov Sep 18 2019 03:50:14
                 CITY OF PHILADELPHIA, LAW DEPARTMENT   TAX UNIT,    BANKRUPTCY GROUP,
                 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13568871        E-mail/Text: bankruptcy.bnc@ditech.com Sep 18 2019 03:48:39      Green Tree Servicing LLC,
                 PO Box 0049,   Palatine, IL 60055-0049
13119558       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 18 2019 03:49:28       Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13119559       +E-mail/Text: bankruptcydepartment@tsico.com Sep 18 2019 03:50:37       Nco Fin /99,
                 Po Box 15636,   Wilmington, DE 19850-5636
13129602        E-mail/Text: ebn@vativrecovery.com Sep 18 2019 03:48:39      Palisades Acquisition IX  LLC,
                 Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Acquisition IX LL,
                 PO Box 40728,   Houston, TX   77240-0728
13150099       +E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 18 2019 03:49:42      SOARING CAPITAL, LLC,
                 c o Jefferson Capital Systems LLC,    PO BOX 7999,   SAINT CLOUD MN 56302-7999
13119560       +E-mail/Text: bankruptcy@sw-credit.com Sep 18 2019 03:49:30      Southwest Credit Syste,
                 4120 International Parkway Suite 1100,    Carrollton, TX 75007-1958
13119562       +E-mail/Text: megan.harper@phila.gov Sep 18 2019 03:50:14      Water Revenue Bureau,
                 1401 John F. Kennedy Blvd.,    Philadelphia, PA 19102-1663
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13150169*      +SOARING CAPITAL, LLC,   c o Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-7999
13119561      ##+Trident Asset Manageme,   5755 Northpoint Pkwy Ste,    Alpharetta, GA 30022-1136
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2019                                  Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: PaulP              Page 2 of 2            Date Rcvd: Sep 17, 2019
                              Form ID: 138NEW          Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2019 at the address(es) listed below:
              CHRISTOPHER A. DENARDO    on behalf of Creditor    EverBank pabk@logs.com
              ERIK B. JENSEN    on behalf of Debtor Horace   Weaver akeem@jensenbagnatolaw.com,
               gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              LEEANE O. HUGGINS    on behalf of Creditor    EverBank pabk@logs.com
              LEEANE O. HUGGINS    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC
               pabk@logs.com
              LEEANE O. HUGGINS    on behalf of Creditor    Green Tree Servicing LLC pabk@logs.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Horace Weaver
       Debtor(s)         Bankruptcy No: 13−16864−mdc
       Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

        For The Court
        Timothy B. McGrath
        Clerk of Court

Dated: 9/17/19

93 − 92
Form 138_new